IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |  |
|---|---|---|
| **RANDUN PATHMASIRI,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | 1:24-CV-11-DII |
| | § | |
| **RENT RECOVERY SOLUTIONS LLC &** | § | |
| **SIENA ROUND ROCK TX LLC,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

On April 15, 2024, the parties filed a Proposed Scheduling Order (Dkt. 8). However, it is unclear if all parties agreed to the proposed order because Defendants only recently appeared and only Plaintiff's counsel signed the submission. Additionally, the submission used an older version of Judge Pitman's scheduling order.

Accordingly, the parties are **ORDERED** to consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit an **Agreed Scheduling Order** using District Judge Robert Pitman's current form on or before **May 3, 2024**.

**SIGNED** on April 19, 2024.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE